FLORENCE STRINGER, *ET AL.* v. LENA FARKAS.

November 30, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. VIRGINIA EPISCOPO.

November 30, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. JOHN LOUIS MERTZ.

November 30, 1971.  Petitions for certification denied.

CANAVERAL INVESTMENT CORP. v. GEORGE PECK, *ET AL.*

December 9, 1971.  Petition for certification denied.

LEE T. PURCELL v. BOROUGH OF OAKLAND.

December 9, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. BARNEY HILL.

December 9, 1971.  Petition for certification denied.